Okay. Now, I'm going to read that out on behalf of my colleagues in this case. In this case, what is the history of the environmental compliance of the GEOC and the agency's design for the OZD municipal parks project? In the case of both projects, both focus currently on the National Parks Department. In both projects, the C2 region service is a lot of fun and a lot of adventure for the employees. The past few days, I've had the opportunity to be on a high-res full-sphere wildfire, wildfire. And I've seen a lot of potential and I've heard a lot of good things. The GEOC works fine, but it's not going to work. In the case of both projects, the C2 region service is a lot of fun and a lot of adventure for the employees. Well, that's pretty much everything that I wanted to share with you today. I'm going to switch to the next slide. Yes. Here at the GEOC, this is a huge project. A lot of people in the past have understood that there's small scale impacts and temporary impacts. But there's a lot of work that needs to be done. Prior to this, there was some sabotage events. It was necessary to protect the GEOC. So you're talking about the sabotage of the fact that from the outside.
judges: Tashima, Tallman, Hurwitz